UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REINALDO ZAMORA,<br><br>   Petitioner,<br><br>   v.<br><br>RICOCOL, Warden,<br><br>   Respondent. | Case No. 5:25-cv-00568-KK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 5). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice because it fails to state a non-frivolous claim for federal habeas relief.

As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is *not*

1

1  required to obtain a certificate of appealability ("COA") in order to appeal to the
2  United States Court of Appeals in this case. See Harrison v. Ollison, 519 F.3d 952,
3  958 (9th Cir. 2008) (holding that the plain language of 28 U.S.C. § 2253(c)(1) does
4  not require federal prisoners bringing § 2241 petitions to obtain a COA in order to
5  appeal, unless the § 2241 petition "is merely a 'disguised' § 2255 petition"); see
6  e.g., Tomlinson v. Caraway, No. 14-cv-020094-VBF-KK, 2014 U.S. Dist. LEXIS
7  131448 at *2, 2014 WL 4656432 at *1 (C.D. Cal. Sept. 16, 2014) (adopting report
8  and recommendation and noting that petitioner in federal custody was not required
9  to obtain a COA to appeal the denial of his § 2241 petition).

DATED: May 5, 2025

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2