JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REINALDO ZAMORA, | Case No. 5:25-cv-00568-KK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICOCOL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 5, 2025

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE